# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pechman, Marsha J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>12/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary-Treaturer, Board of Trustees | Justice Advocacy Africa |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Preg O'Donnell & Gillett - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 9

Name of Person Reporting

**Pechman, Marsha J.**

Date of Report

12/01/2017

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | Preg, O'Donnell & Gillett PLLC Profit Sharing Plan | Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Int./Div. | P1 | U | | | | | |
| 2. -- Bank Dep Sweep Opt (Wells Fargo money market) acct) | | | | | | | | | |
| 3. -- Dodge & Cox Income (DODIX) | A | Int./Div. | | | | | | | |
| 4. -- Emerson Electric (EMR) | A | Int./Div. | | | | | | | |
| 5. -- Exxon/Mobil Corp. (XOM) | | | | | | | | | |
| 6. -- Harbor Bond Fund (HABDX) | B | Int./Div. | | | | | | | |
| 7. -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | | | | | Sold (part) | 3/26/14 | J | B | |
| 8. -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | | | | | | | | | |
| 9. -- Johnson & Johnson (JNJ) | A | Int./Div. | | | | | | | |
| 10. -- JP Morgan (JVAIX) | A | Int./Div. | | | Buy | 03/26/14 | L | | |
| 11. -- Managers AMG Funds (Yacktman) | A | Int./Div. | | | | | | | |
| 12. -- Metropolitan Funds (MWLIX) | B | Int./Div. | | | Buy | 09/24/14 | M | | |
| 13. -- Prof Mngd Fund Portfolio - Ostweis Funds (OSTFX) | A | Int./Div. | | | | | | | |
| 14. -- Scout Funds - Mid Cap Fund (UMBMX) | A | Int./Div. | | | | | | | |
| 15. -- Sterling Cap Funds (BOPIX) | | | | | Sold | 09/24/14 | J | C | |
| 16. -- Target (TGT) | A | Int./Div. | | | | | | | |
| 17. -- Touchstone Instl Funds (CISGX) | | | | | Sold (part) | 03/26/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | | | | | Sold (part) | 03/26/14 | K | D | |
| 19. -- T Rowe Price Pers Strategy Funds Inc. (TRSGX) | A | Int./Div. | | | | | | | |
| 20. -- Vanguard Dividend Apprec (VIG) | A | Int./Div. | | | | | | | |
| 21. -- Vanguard Short Term Bond Index Admiral (VBIRX) | | | | | Sold | 3/26/14 | J | A | |
| 22. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | C | Int./Div. | | | Sold (part) | 09/24/14 | M | B | |
| 23. -- Vanguard Short Term - Treas Admiral (VFIRX) | | | | | Sold | 03/26/14 | J | A | |
| 24. -- Wells Fargo & Co. | A | Int./Div. | | | Sold (part) | 04/11/14 | J | D | |
| 25. | | | | | | | | | |
| 26. IRA #2 | E | Int./Div. | N | T | | | | | |
| 27. -- Vanguard Balanced Index Fund Inv (VBINX) | A | Int./Div. | | | | | | | |
| 28. -- Vanguard Inflation- Protected Sec Adm(VAIPX) | B | Int./Div. | | | | | | | |
| 29. -- Vanguard Prime Money Mkt Fund (VMMXX) | A | Int./Div. | | | | | | | |
| 30. -- Vanguard Total Bond Mkt Index - Admiral (VBTLX) | A | Int./Div. | | | | | | | |
| 31. -- Vanguard Total Int'l Stock Index Admiral (VTIAX) | A | Int./Div. | | | | | | | |
| 32. -- Vanguard Total Stk Mkt Index Fund - Adm (VTSAX) | B | Int./Div. | | | | | | | |
| 33. -- Vanguard Wellington Fund Admiral (VWENX) | D | Int./Div. | | | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wm. Fitzharris (spouse) 401K | B | Int./Div. | L | T | | | | | |
| 36. -- American Funds Europacific R4 | | | | | Buy<br>(add'l) | 12/23/14 | J | | |
| 37. -- Blackrock Mid Cap Value Inst | | | | | Buy<br>(add'l) | 10/22/14 | J | | |
| 38. | | | | | Sold | 10/22/14 | J | A | |
| 39. -- Columbia Acorn | | | | | Buy<br>(add'l) | 12/10/14 | J | | |
| 40. -- DFA U.S. Large Cap Value | | | | | Buy<br>(add'l) | 12/18/14 | J | | |
| 41. | | | | | Sold<br>(part) | 12/23/14 | J | A | |
| 42. -- DFA U.S. Small Cap Value | | | | | Buy<br>(add'l) | 12/18/14 | J | | |
| 43. | | | | | Sold<br>(part) | 12/23/14 | J | A | |
| 44. -- JHancock3 Displin Val Mid Cap | | | | | Buy<br>(add'l) | 12/17/14 | J | | |
| 45. | | | | | Sold<br>(part) | 12/23/14 | J | A | |
| 46. -- Morley Stable Value Fund | | | | | Buy<br>(add'l) | 06/23/14 | J | | |
| 47. -- Oppenheimer Developing Mkts Y | | | | | Buy<br>(add'l) | 12/23/14 | J | | |
| 48. -- Pimco Real Return Adm | | | | | Buy<br>(add'l) | 12/23/14 | J | | |
| 49. | | | | | Buy<br>(add'l) | 12/30/14 | J | | |
| 50. -- T Rowe Price New American Growth | | | | | Buy<br>(add'l) | 12/15/14 | J | | |
| 51. -- Vanguard 500 Index Admiral | | | | | Open | 10/22/14 | J | | See note @ Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/23/14 | J | A | |
| 53.   -- Vanguard 500 Index Signal | | | | | Sold (part) | 06/03/14 | J | | |
| 54. | | | | | Closed | 10/22/14 | J | A | See note @ Part VIII |
| 55.   -- Vanguard Inter Bond Index Signal | | | | | Buy (add'l) | 06/03/14 | J | | |
| 56. | | | | | Sold (part) | 06/03/14 | J | A | |
| 57.   -- Vanguard Mid Cap Index Admiral | | | | | Open | 06/03/14 | J | | See note @ Part VIII |
| 58.   -- Vanguard Mid Cap Index Signal | | | | | Closed | 06/03/14 | J | | See note @ Part VIII |
| 59.   -- Vanguard Small Cap Growth Index | | | | | | | | | See note @ Part VIII |
| 60.   -- Vanguard Small Cap Index Admiral | | | | | Open | 06/03/14 | J | | See note @ Part VIII |
| 61.   -- Vanguard Small Cap Index Signal | | | | | Closed | 06/03/14 | J | | See note @ Part VIII |
| 62.   -- Virtus Real Estate Fund I | | | | | Buy (add'l) | 06/03/14 | J | | |
| 63. | | | | | Sold (part) | 12/23/14 | J | A | |
| 64.   -- Westcore Select | | | | | Sold | 10/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 51.  Converted from Vanguard 500 Index Signal.

Line 54.  Converted to Vanguard 500 Index Admiral.

Line 57.  Converted from Vanguard Mid Cap Index Signal.

Line 58.  Converted to Vanguard Mid Cap Index Admiral.

Line 59.  Mistakenly identified as "Vanguard Small Cap Growth Admiral" in 2013 FDR.

Line 60.  Converted from Vanguard Small Cap Index Signal.

Line 61.  Cinverted to Vanguard Small Cap Index Admiral.

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 12/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544